**Brett C. KIMBERLIN, Plaintiff–**
**Appellant,**

v.

**UNITED STATES PAROLE**
**COMMISSION, Defendant–**
**Appellee.**

**No. 01–6532.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2001.

Decided June 29, 2001.

Brett C. Kimberlin, pro se. George M. Kelly, III, Office of the United States Attorney, Norfolk, VA, for appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Brett C. Kimberlin appeals the district court's order dismissing his petition for a writ of mandamus under 28 U.S.C.A. § 1915A(b)(1) (West Supp.2000), for failure to state a claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *Kimberlin v. United States Parole Comm'n*, No. CA–00–307 (E.D.Va. Mar. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*